# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3087
_____

CARRIE J. RHODES,

Appellant,

v.

MARCH ROAD TOWNHOUSES,
FL LLC,

Appellee.

_____

On appeal from the County Court of Leon County.
Monique Richardson, Judge.

February 12, 2025

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.410.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Carrie J. Rhodes, pro se, Appellant.

James Ivy Barron, III, Orlando, for Appellee.